UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JILYNN ARBINI ET AL**

    Plaintiff(s),                    No. C-**13-00367** EDL

    v.                             **ORDER OF CONDITIONAL DISMISSAL**

**LIFETOUCH NATIONAL**

    Defendants.

_____/

The Court has been informed that the parties have agreed to a settlement of this case. IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: October 18, 2013

                                                                      ELIZABETH D. LAPORTE
                                                                      United States Chief Magistrate Judge