UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JILYNN ARBINI ET AL**

    Plaintiff(s),                      No. C-**13-00367** EDL

    v.                                 **ORDER OF DISMISSAL**

**LIFETOUCH NATIONAL**

    Defendants.

_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case, following the Court's order of conditional dismissal on October 18, 2013 (Docket No. 23), IT IS HEREBY ORDERED that this case is dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 20, 2013

                                                      ELIZABETH D. LAPORTE
                                                      United States Chief Magistrate Judge